IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 22-cr-30071-SMY |
| | ) |
| DAVID L. GREEN, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant David Green was sentenced on October 13, 2022 to 54 months imprisonment on revocation of his supervised release (Docs. 24, 29). According to the Bureau of Prisons inmate locator, he is currently housed at Coleman II USP and his projected release date is August 2, 2026. Now before the Court is Green's Motion for Compassionate Release (Doc. 47). Green states that he is not safe in prison and that his sentence is almost completed.

Section 603 (b)(1) of the First Step Act permits the Court to reduce a term of imprisonment upon motion of either the Director of the Bureau of Prisons ("BOP") or a defendant for "extraordinary or compelling reasons" so long as the reduction is "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A)(i). A nonspecific claim that one is not safe in prison does not present extraordinary or compelling reasons to justify compassionate release. Accordingly, Green's motion (Doc. 47) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  April 4, 2024**

*Staci M. Yandle*

**STACI M. YANDLE**
**United States District Judge**